FILED
AUG 18 2025
RANDY CARNEY, CLERK
BY_____ D.C.

IN THE COUNTY COURT OF JACKSON COUNTY MISSISSIPPI UNITED

| | |
|---|---|
| MIKE AND SANDRA OVERBY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | PLAINTIFFS |
| VERSUS  CIVIL ACTION NO.: CO-2025-21,397 | |
| THE CITY OF MOSS POINT, AND THE MOSS POINT CHIEF OF POLICE, IN HIS OFFICIAL CAPACITY, | DEFENDANTS |

### COMPLAINT FOR DECLARATORY JUDGEMENT

COME NOW Plaintiffs Mike and Sandra Overby and on behalf of all others similarly situated, and file this Complaint for a DECLARATORY JUDGEMENT against these Defendants requesting a ruling on the law and will show the Court as follows:

### PARTIES

1. The Plaintiff, Mike Overby is an adult residents at 1611 22nd Street Pascagoula, Mississippi 39567,

2. The Plaintiff, Sandra Overby is an adult residents at 1611 22nd Street Pascagoula, Mississippi 39567,

3. The Defendants, City of Moss Point, Chief of Police of Moss Point, Mayor of Moss Point, and may be served with process through their registered agent for process, the Mayor Billy Knight, located at 4320 McInnis Avenue, Moss Point Mississippi, 39563.

1

**EXHIBIT "2"**

## SUMMARY

In June of 2024 the Moss Point Police Department allegedly mailed out hundreds of speeding violations. **See Exhibit "A". (TICKET)** The violations were issued under guise of being an "official" speeding ticket, with Moss Point Police logos and threats of non payment. This lawyer represents over 150 individual clients that have been issued these speeding tickets. We have filed several request for dismissals, ONE ON April 2, 2025, April 9th, 2025, April 16th, 2025 and April 30, 2025. **See Exhibit "B"**. (One of Five Request) I have only received 31 dismissals and it does not appear these dismissals are legitimate. The number on the Dismissals do not match the numbers on the tickets and that is further proof that they were not in th Court system and an arbitrary number apparently is assigned to dismissals, which are signed by the Municipal Judge and the City Prosecutor. **See Exhibit "C" and "D" See the ticket number does not match Dismissal.**

As a result we request all camera issued tickets to be declared null and void because of violation of state law, making them illegal, and illegitimate with no control or input from a court of law. These tickets are the result of a camera recording device that identified the owners of the vehicles and mailed speeding tickets to their mailing address. We seek a declaratory judgement declaring all tickets issued by camera

recording devices be rendered null and void under Mississippi law.

## UNDISPUTED FACTS

4. All tickets issued from the camera recording devise NEVER made it into the actual court system. All tickets issued rendered the municipal judge as a non participant in the legal process. No ticket number in the court system. No jurisdiction by the municipal court over these tickets.

5. If you were issued a camera ticket and you went to the musicale court to pay the fine, you were rebuked and told that they CANNOT take your fine money but had to pay to a third party.

6. The municipal court had no jurisdiction or control of the issued speeding tickets rendering those tickets null and void on their face as a violation of your constitutional right to a

7. City leaders did pass an illegal ordinance (36-3) that allowed the Moss Point Police to utilize a camera radar devise that automatically records tickets and the entire program is run by a third party with the use of Moss Point Police Officers and equipment.

8. These tickets are in violation of Mississippi Code 1972 Section 17-25-19(2023).

## RIGHTS VIOLATED

9.     Violation of their Fourth Amendment rights by the

3

Defendants actions in enforcing an unlawful ticketing scheme. Certainly the Defendants cannot beyond a reasonable doubt tell who was actually operating the vehicle in question without stopping that vehicle and properly identifying the drivers. In absurd cases, tickets are issued to Companies and Corporations like, "The Xerox Company". Many of the Plaintiffs to this action were not even in the vehicle when the citation claims they were speeding. Many of the tickets issued are for two people listed as owners when only one person can drive. The Officers are often guessing on who was actually driving. They apparently try to show the driver in a frontal shot of the vehicle, but such photos are insufficient for the Officer to truthfully swear an affidavit of a violation of traffic laws. Before a warrant can be issued the Fourth Amendment requires a truthful and factual showing in the affidavit used to establish probable cause. *Franks v. Delaware*, 438 U.S. 154, 165-66 (1978).

10. Fourteenth Amendment violation of Due Process by using the United State Postal Service as a means to effectuate notice and service of the citation. As a result of the lack of personal service, and instead using the mail to inform citizens of an alleged violations, due process violations are bound to occur. Without proper notice alleged offenders who never received notice to come to Court are subject to fines and increased insurance costs.

Case: 30CO1:25-cv-21397-MW    Document #: 2    Filed: 08/18/2025    Page 4 of 12

11. Plaintiffs' Fifth Amendment rights are being violated by reliance upon affidavits generated by camera wielding officers rather than upon verified identity of drivers. The Defendants' scheme is generally lacking with regard to proof of who was driving beyond a reasonable doubt.

## JURISDICTION AND VENUE

12. This action is filed pursuant to Mississippi Rules of Civil Procedure, Rule 57, Declaratory Judgments

1) Procedure:

   "(a) Courts of record within their respective jurisdictions may declare rights, status, and other legal relation regardless of whether further relief is or could be claimed."

2) When Available:

   "Any person interested under a deed, will, written contract, or other writings constituting a contract, or whose rights, status, or other legal relations are affected by a statute, municipal ordinance, contract or franchise, may have a determined any question of construction or validity arising under the instrument, statute, ordinance, contract, or franchise, and obtain a declaration of rights, status or other legal relations thereunder."

## THE DEFENDANTS SPEEDING ENFORCEMENT SYSTEM IS PROHIBITED

## UNDER MISSISSIPPI LAW

13.  Miss. Code Ann. Section 17-25-19(2009); which states that the governing authority of a municipality shall not:

> "...enact or enforce any ordinance authorizing the use of automated recording equipment or system to enforce compliance with traffic signals, traffic speeds or other laws, rules or regulations on any public street, road or highway within this state or to impose or collect any civil or criminal fine, fee or penalty for any such violation."

14. The Defendant's system is clearly "automated" since a video camera and speed detector operate automatically in conjunction with each other when an officer points it at a vehicle. Webster's Dictionary defines automated to include machines or computers reducing the need for human intervention. Here Moss Point Officers are using an automated system activated by the officer that automatically records a video, speed of vehicle and other data. That information is used as the basis for citation without the Officers stopping and questioning alleged violators.

Miss. Code Ann. Section 17-25-19 defines "automated

recording equipment or system" to mean a "camera or optical device installed to work in conjunction with a traffic control signal or radar speed detection equipment".[emphasis added] Undeniably, Moss Point is using cameras installed into a machine to work in conjunction with radar.

## FRAUD ON THE CITIZENS

15. Mississippi law holds that the elements of fraud to be:

    (1) a representation;

    (2) its falsity;

    (3) its materiality;

    (4) the speakers knowledge of its falsity or ignorance of its truth;

    (5) his intent that it should be acted upon by the person and in the manner reasonably contemplated;

    (6) the hearer's ignorance of its falsity;

    (7) his reliance on the truth;

    (8) his right to rely thereon;

    (9) his consequent proximate injury.

    *Peters v. Metro. Life Ins. Co.*, 164 F. Supp. 2d 830, 834(S.D. Miss. 2001).

You get a speeding violation in the mail and you think it is from the Moss Point Police Department, but it is not and

that is fraud. It is fraud by a third party acting like the Moss Point Police Department. Only the City of Moss Point can stop this program.

## CONCLUSION

Based upon Mississippi law that makes this activity illegal. Based upon the fact the Moss Point Police and the Moss Point Municipal Court never had any control over the issuance and/or the control of the tickets in an official capacity as no ticket was ever actually in the court system and never had a court number rendering them illegal tickets. WHEREFORE, PREMISES CONSIDERED, the Plaintiffs prays for judgment against Defendant, as follows:

FOR A DECLARATORY JUDGEMENT TO RENDER EVERY TICKET THAT THE MOSS POINT POLICE DEPARTMENT HAS ISSUED THROUGH A THIRD PARTY AND ENFORCED BY A RECORDING DEVICE BE RENDERED ILLEGAL THEREFORE RENDERING ALL TICKETS ISSUED UNDER THIS PROGRAM NULL AND VOID UNDER MISSISSIPPI LAW.

By: /s/ DAVID CARSON FUTCH

David C. Futch, MS Bar No. 99382
Attorney for Plaintiffs
P.O. Box 1149
Pascagoula, Ms 39568-1149
telephone 228-769-0530
fax       228-769-0399
davidcarsonfutch@gmail.com

Case 1:25-cv-00281-LG-RPM    Document 1-2    Filed 09/16/25    Page 9 of 11
Case: 30CO1:25-cv-21397-MW    Document #: 2    Filed: 08/18/2025    Page 9 of 12
Case: 30CI1:24-cv-00178-KM    Document #: 2    Filed: 07/30/2024    Page 6 of 21

# STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY, AT THE FOLLOWING LOCATION, TIME AND DATE

| COUNTY OF | JACKSON | AGENCY CODE | 3003 | (NINE DIGIT TICKET NUMBER) 000027193 |
|---|---|---|---|---|

JUDICIAL DISTRICT  ☒ 1  ☐ 2

LOCATION OF VIOLATION: ELDER FERRY ROAD 5908 MS-63N LOC08

| DAY | DATE | TIME | 11:01 | ACCIDENT | DISTRICT | PRECINCT |
|---|---|---|---|---|---|---|
| SUN | 06/30/2024 | AM ☐ PM ☒ | | ☐ YES ☒ NO | 8 | |

DEFENDANT (FIRST NAME) MIKE OVERBY  MIDDLE NAME SANDRA K  LAST NAME OVERBY

LICENSE ADDRESS: 1611 22ND ST
CITY: PASCAGOULA  STATE: MS  ZIP CODE: 39581

DRIVER'S LICENSE NUMBER | CLASS | STATE | SEX | RACE | DATE OF BIRTH

VEHICLE LICENSE NUMBER: AUGRL79 | STATE: MS | YEAR: | MAKE: CHEV | MODEL: TRV | TYPE:

Defendant's current address: _____
Defendant's current telephone number: _____

THAT THE ABOVE NAMED DEFENDANT, WHILE OPERATING THE AFOREMENTIONED MOTOR VEHICLE, DID WILLFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF:

(Check Only One Offense Each Ticket)

| Speed | Zone |
|---|---|
| 55 | 45 |

☒ S92 Speeding
☐ M14 Disregard For Traffic Device
☐ N70 Driving Wrong Side Road
☐ B26 Driving While License Suspended
☐ M34 Following Too Closely
☐ M70 Improper Passing
☐ N01 Failure To Yield Right Of Way
☐ F02 Child Restraint Violation
☐ F04 Seatbelt Violation
☐ B51 No Drivers License (Expired)
☐ B55 No Motor Vehicle Inspection (Expired)
☐ B53 Expired Tag
☐ B26 Driving While License Suspended (Under Implied Consent Law)
☐ M84 Reckless Driving
☐ M84 Careless Driving
☐ N50 Improper Turn
☐ D36 No Proof Of Liability Insurance

☐ Other Violation - [Code Section]

Explanation: _____

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security
☐ Violation Pursuant To Commercial Driver's License Law
☐ Required Placard Under Hazardous Materials Transportation Act

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI

AFFIANT OFFICER'S SIGNATURE: Officer Signature on File    UNIT BADGE #: MP123

SWORN TO BEFORE ME THIS THE _____ DAY OF _____ 20__
CLERK _____

You are hereby notified to appear before the Court (JUSTICE/MUNICIPAL) to answer the charge on the **21** day of **Aug** 20**24** at **02:00** at the

Court's Physical Address: 4200 BELLVIEW AVE, MOSS POINT MS 39563
Court's Mailing Address: _____
Court's Telephone Number: _____

(This copy to be filed with the Court of Competent Jurisdiction)
CASE _____ PAGE _____ DOCKET _____

NOTICE TO VIOLATOR



| Location: | ELDER FERRY ROAD | Make: | CHEV |
|---|---|---|---|
| Date/Time: | 06/30/2024 11:01 am | Plate Number: | AUGRL79 |
| Posted Speed: | 45 MPH | Vehicle Speed: | 55 MPH |
| Badge #: | MP123 | Approver: | SANCHEZ |

## THREE OPTIONS TO ADDRESS THIS CITATION:

1. Complete a diversion program by paying a reduced fee of $230 and watching a short video online at **www.CourtPayOnline.com**. By completing the diversion program and paying the reduced fee, this ticket will not go on your driving record.
2. Contest this citation by visiting **www.CourtPayOnline.com** or calling 1-855-606-8587
3. Pay the citation in full. By doing so, this ticket will go on your driving record. You may instead choose the diversion program mentioned above.

EXHIBIT A

The original of this ticket is an affidavit and the charge noted on the face of such is officially lodged with the court when the issuing officer files same with the court.

This ticket may be disposed of by trial or personal appearance on or before the appearance date as noted. However, you have a right to a trial if you so desire.

State statutes permit persons charged with an offense against traffic laws of this state... [remainder illegible]

# IN THE CITY COURT OF MOSS POINT, MISSISSIPPI

CITY OF MOSS POINT

VS

SCOTT, DEVON
SPEEDING - 10 TO 19 MILES PER HOUR OVERSPEED LIMIT 56 MPH in a 45 MPH zone
10M0090423

### ORDER OF DISMISSAL

THIS CAUSE this day in the above styled and number came on for a misdemeanor trial, the defendant having been duly arraigned and entered a plea of not guilty to the charge presented herein. After considering all of the evidence the court finds and adjudges the defendant not guilty as charged and that the ends of justice will best be served by dismissing this charge. Therefore the charge against the defendant is hereby dismissed.

SO ORDERED this the 14th day of April, 2025

_____          _____
Prosecuting Attorney                                              Municipal Court Judge


EXHIBIT "C"

# STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY AT THE FOLLOWING LOCATION, TIME, AND DATE:

- **COUNTY OF:** JACKSON
- **AGENCY CODE:** 3003
- **NINE DIGIT TICKET NUMBER:** 000034306
- **JUDICIAL DISTRICT:** ☒ 1  ☐ 2
- **LOCATION OF VIOLATION:** ELDER FERRY ROAD 9906 MS-63N LOCO6
- **DAY:** TUE
- **DATE:** 06/06/2024
- **TIME:** 06:54 AM
- **ACCIDENT:** ☐ YES ☒ NO
- **DISTRICT:**
- **PRECINCT:** 8
- **DEFENDANT (FIRST NAME):** DEVON
- **MIDDLE NAME:**
- **LAST NAME:** SCOTT
- **LICENSE ADDRESS:** 4322 ADCOCK ST
- **CITY:** MOSS POINT
- **STATE:** MS
- **ZIP CODE:** 39563
- **VEHICLE LICENSE NUMBER:** JGG133
- **STATE:** MS
- **YEAR:**
- **MAKE:** HONDA
- **MODEL:** HONDA_CROSSTO
- **TYPE:**

THAT THE ABOVE NAMED DEFENDANT, WHILE OPERATING THE AFOREMENTIONED MOTOR VEHICLE, DID WILLFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF:

(Check Only One Offense Each Ticket)

| Speed | Zone |
|-------|------|
| 56    | 45   |

- ☒ S92 Speeding
- ☐ M14 Disregard For Traffic Device
- ☐ N70 Driving Wrong Side Road
- ☐ B26 Driving While License Suspended
- ☐ M34 Following Too Closely
- ☐ M70 Improper Passing
- ☐ N01 Failure To Yield Right Of Way
- ☐ F02 Child Restraint Violation
- ☐ F04 Seatbelt Violation
- ☐ B51 No Drivers License (Expired)
- ☐ B55 No Motor Vehicle Inspection (Expired)
- ☐ B53 Expired Tag
- ☐ B26 Driving While License Suspended (Under Implied Consent Law)
- ☐ M84 Reckless Driving
- ☐ MR1 Careless Driving
- ☐ N50 Improper Turn
- ☐ D36 No Proof Of Liability Insurance

Other Violation - (Code Section) _____

Explanation: _____

- ☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security
- ☐ Violation Pursuant To Commercial Driver's License Law
- ☐ Required Placard Under Hazardous Materials Transportation Act

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

- **AFFIANT/OFFICER'S SIGNATURE:** Officer Signature on File
- **UNIT/BADGE #:** MP111
- **SWORN TO BEFORE ME THIS THE ___ DAY OF ___ 20__**
- **CLERK:** _____

You are hereby notified to appear before the Court (JUSTICE/MUNICIPAL) to answer the charge on the **18** day of **Sep** 20 **24** at **02:00** at the

- **Court's Physical Address:** 4200 BELLVIEW AVE, MOSS POINT MS 39563
- **Court's Mailing Address:** _____
- **Court's Telephone Number:** _____

---

**Location:** ELDER FERRY ROAD
**Make:** HONDA
**Date/Time:** 08/06/2024 6:54 am
**Plate Number:** JGG133
**Posted Speed:** 45 MPH
**Vehicle Speed:** 56 MPH
**Badge #:** MP111
**Approver:** SANCHEZ

**THREE OPTIONS TO ADDRESS THIS CITATION:**

1. Complete a diversion program by paying a reduced fee of $230 and watching a short video online at www.CourtPayOnline.com. By completing the diversion program and paying the reduced fee, this ticket will not go on your driving record.

2. Contest this citation by visiting www.CourtPayOnline.com or calling 1-855-606-8587.

3. Pay the citation in full. By doing so, this ticket will go on your driving record. You may instead choose the diversion program mentioned above.

**EXHIBIT "D"**