IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JENNIFER KILGORE and
SHIRLEY HOWARD,
Individually and on behalf
of all others similarly                                                    PLAINTIFFS
situated

v.                                                      CAUSE NO. 1:25cv55-LG-RPM

THE CITY OF MOSS POINT;
MAYOR BILLY KNIGHT
AND THE CITY
ALDERMEN, EACH IN
THEIR OFFICIAL AND
ELECTED CAPACITY; THE
MOSS POINT CHIEF OF
POLICE, in his official
capacity; INTELLISAFE,
LLC; JOHN DOES 1–10; and
ACME COMPANIES 1–10                                                        DEFENDANTS

*consolidated with*

MIKE OVERBY and
SANDRA OVERBY,
Individually and on behalf
of all others similar                                                      PLAINTIFFS

v.                                                      CAUSE NO. 1:25cv281-LG-RPM

THE CITY OF MOSS POINT
and THE MOSS POINT
CHIEF OF POLICE, in his
official capacity                                                          DEFENDANTS

ORDER GRANTING THE MOSS POINT DEFENDANTS' MOTION
TO DISMISS LAWSUIT FILED BY MIKE AND SANDRA OVERBY

BEFORE THE COURT is the [32] Motion to Dismiss as duplicative the

lawsuit filed by Mike and Sandra Overby against the City of Moss Point and the

Moss Point Chief of Police in his official capacity.  During a telephone conference

-2-

held on March 20, 2026, Counsel for Mike and Sandra Overby informed the Court that the Overbys concede their lawsuit is duplicative of the lead case filed by Jennifer Kilgore and Shirley Howard.  As a result, all of the parties to these consolidated class actions have agreed that the Overby lawsuit should be dismissed without prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [32] Motion to Dismiss filed by the Moss Point Defendants is **GRANTED**.  The lawsuit filed by Mike and Sandra Overby against the City of Moss Point and the Moss Point Chief of Police in his official capacity, which has been assigned cause number 1:25cv281-LG-RPM, is hereby **DISMISSED WITHOUT PREJUDICE** as duplicative.

**SO ORDERED AND ADJUDGED** this the 20th day of March, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE